```
UNITED STATES DISTRICT COURT                FILED
EASTERN DISTRICT OF NEW YORK            IN CLERKS OFFICE
-----------------------------------    U.S.           N.Y:
```

**Amparo Carvajal-Gonzalez,**

★ NOV 1 6 2005 ★

P.M. _____
Plaintiff,                              TIME A.M. _____

**ORDER**

-against-                               CV-05-1901

**Commissioner of Social Security**

    Defendant.
-----------------------------------
FEUERSTEIN, J.

Schedule:

Administrative record filed by                    1/31/06

Motion for Judgment on the Pleadings
to be **filed** by                                **3/31/06**

Motion for Judgment on the Pleadings
to be **argued on**                          **TO BE SCHEDULED**

    The parties are directed to adhere to the following policies, which the Eastern District of New York's Board of Judges has adopted for expediting the disposition of Social Security cases.

1. Defendant shall proceed promptly to obtain the administrative record of the proceedings below, and shall file it not later than 120 days after the complaint was filed, unless an extension is granted by order of the Court on good cause shown. If defendant is unable to file the record by that date, then the Court should be notified in writing by that date. Such notification should include a request for an extension which specifies a date and demonstrates the good cause for the extension, including the date the administrative record was requested, whether or not it has been received, and the most recent efforts made to

obtain it.

2.  Defendant shall move for judgment on the pleadings, unless otherwise directed by the Court, within 90 days after receipt of the administrative record (which is 180 days after the filing of the complaint), whichever is earlier. If this is not possible, the Court should be notified in writing by whichever of the above dates is earlier. Such notification should include a request for an extension which specifies a date and demonstrates good cause for the extension.

3.  The Court shall endeavor to dispose of Social Security appeals through oral decision rendered from the bench after oral argument. Oral argument may not be waived. Requests for adjournments of hearing dates shall not be routinely granted. After one extension of time of not more than 30 days, no further extension shall be granted absent good cause.

4.  It is Ordered that the Plaintiff in this proceeding be and is hereby permitted to prosecute said proceeding to conclusion without prepayment of fees or costs or security therefor; and the United States Marshals Service is directed to serve the complaint on the United States Attorney.

SO ORDERED.

_____
Sandra J. Feuerstein
United States District Judge

DATED: Brooklyn, N.Y.
November 7, 2005